**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MANUEL L. ESQUIBEL, | ) | NO. CV 15-8959-E |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

   IT IS HEREBY ADJUDGED that Defendant's motion for summary judgment is granted and judgment is entered in favor of Defendant.

   DATED: November 10, 2016.

                              /s/
                        CHARLES F. EICK
                  UNITED STATES MAGISTRATE JUDGE